UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY EUGENE HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. JUAN CALZETTA, et al.,<br><br>　　　　　Defendants. | CASE NO. 1: 13-cv-001088-MJS<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR SUBPOENA FORMS**<br><br>**(ECF No. 65)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. (ECF Nos. 1 & 4.)  The action proceeds on an Eighth Amendment medical indifference claim against Defendant Calzetta.  (ECF No. 27.)

On March 15, 2016, the Court issued a modified Discovery and Scheduling Order, with a discovery deadline of April 22, 2016, and a dispositive motion deadline of May 31, 2016. (ECF No. 66.)

Now pending before the Court is Plaintiff's March 4, 2016, motion for subpoena forms. (ECF No. 65.) Plaintiff seeks these forms to serve on potential witnesses to appear at trial, and he includes a brief paragraph discussing the proposed testimony of each of the five medical professionals listed in the motion.

Plaintiff's request is premature since a date or time for trial has not been set. The Court will in the future issue appropriate Orders addressing trial and witness subpoenas.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for subpoena forms (ECF No. 65) is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   March 30, 2016              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE